**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT COURT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| BNSF Railway Company, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Superior Grains, Inc., | ) | |
| | ) | Case No.  4:09-cv-001 |
| Defendant. | ) | |

Before the court is the Plaintiff's motion for attorney Kevin M. Decker  to appear *pro hac vice* on its behalf.  In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Kevin M.  Decker has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline.  Mr.  Decker has also paid the required admission fees to the office of the Clerk.  Accordingly, Plaintiff's motion (Docket No.  5) is **GRANTED**.  Attorney Kevin M.  Decker is admitted to practice before this court in the above-entitled action on behalf of Plaintiff.

      **IT IS SO ORDERED.**

Dated this 12th day of February, 2009.

 

                           */s/ Charles S. Miller, Jr.*
                           Charles S. Miller, Jr.
                           United States Magistrate Judge