**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| BNSF Railway Company, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Superior Grains, Inc., | ) | |
| | ) | Case No.  4:09-cv-001 |
| Defendant. | ) | |

_____

On July 27, 2009, the parties filed a stipulation wherein they agreed to a sixty day extension of all pretrial deadlines set forth in the court's scheduling order of March 2, 2009.  The court is not inclined extend the dispositive motions deadline at this time as it would conflict with the trial, which is presently scheduled to commence on October 20, 2009.  Accordingly, the court **ADOPTS** the stipulation in part.  All pretrial deadlines, with the exception of the dispositive motion deadline, shall be extended sixty days.  Dispositive motions are due by August 3, 2009.  If the parties wish to extend the dispositive motion deadline and continue the trial, they may file the appropriate motion with the court.

**IT IS SO ORDERED.**

Dated this 29th day of July, 2009.

*/s/  Charles S.  Miller, Jr.*
Charles S.  Miller, Jr.
United States Magistrate Judge