**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| BNSF Railway Company, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Superior Grains, Inc., | ) | |
| | ) | Case No.  4:09-cv-001 |
| Defendant. | ) | |

_____

On July 29, 2009, the parties filed a stipulation wherein they agreed to an extension of the dispositive motion deadline as well as a continuance of trial.  The court **ADOPTS** the parties stipulation.  The trial, which is set to commence on October 20, 2009, shall be rescheduled for February 2, 2010, at 9:30 a.m. in Minot before Judge Hovland.  A three day trial is anticipated.  The final pretrial conference set for October 6, 2009, shall be rescheduled for Tuesday, January 19, 2009, at 9:00 a.m. via telephone conference call to be initiated by the court.  Finally, the deadline for filing dispositive motions shall be extended until October 5, 2009.

**IT IS SO ORDERED.**

Dated this 31st day of July, 2009.

*/s/  Charles S.  Miller, Jr.*
Charles S.  Miller, Jr.
United States Magistrate Judge